UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOHN G. WILLIAMS,  )
        Plaintiff,  )
v.  ) **JUDGMENT**
  ) No. 5:13-CV-571-FL
CAROLYN W. COLVIN,  )
Acting Commissioner of Social Security,  )
        Defendant.  )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 6, 2015, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is granted and defendant's motion for judgment on the pleadings is denied. This matter is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the memorandum and recommendation.

**This Judgment Filed and Entered on January 6, 2015, and Copies To:**

Elizabeth F. Lunn (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

January 6, 2015                              JULIE A. RICHARDS, CLERK
                                                    /s/ Christa N. Baker
                                                    (By) Christa N. Baker, Deputy Clerk